IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

    Plaintiff,

vs.

Case No.: 12012447-CI-011

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMET,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

    Defendants.
_____/

## DEFENDANT GAWKER MEDIA, LLC'S
## NOTICE TO COUNSEL OF REMOVAL OF ACTION

This will notify you that on January 2, 2013, Defendant Gawker Media, LLC ("Gawker") filed with the Clerk of the United States District Court for the Middle District of Florida its Notice of Removal of this action from state court to federal court. By filing its Notice, Gawker has effected removal of this action to the United States District Court for the Middle District of Florida, Tampa Division.

You are further notified that Gawker has filed a copy of the Notice of Removal with the Clerk of the Circuit Court for Pinellas County, Florida. As a result of that filing, the Pinellas County Circuit Court is prohibited from proceeding further in this action unless and until the action is remanded. Courtesy copies of Gawker's federal and state court removal notices,

1

without accompanying exhibits, are attached. Pursuant to the removal of this action, and in accordance with relevant local and federal rules of civil procedure, please serve the undersigned with copies of all your future pleadings and papers relating to this action that are filed in the United States District Court.

                                          Respectfully submitted,

                                          THOMAS & LOCICERO PL

                                          By: /s/ Rachel Fugate
                                          Gregg D. Thomas
                                          Florida Bar No.: 223913
                                          Rachel E. Fugate
                                          Florida Bar No.: 0144029
601 S. Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Counsel for Defendant Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January 2013, I caused a true and correct copy of the foregoing to be served by mail and email upon the following counsel of record:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder, Esq.
charder@HMAfirm.com
Harder Mirell & Abrams LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Tel: (424) 203-1600
Fax: (424) 203-1601

*Attorneys for Plaintiff*

Barry A. Cohen, Esq.
bcohen@tampalawfirm.com
Michael W. Gaines
mgaines@tampalawfirm.com
D. Keith Thomas
dkthomas@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Attorneys for Defendant Heather Clem*

                                         _____
                                         Attorney