IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally known as HULK HOGAN,

    Plaintiff,

vs.

HEATHER CLEM; GAWKER MEDIA, LLC aka GAWKER MEDIA; GAWKER MEDIA GROUP, INC. aka GAWKER MEDIA; GAWKER ENTERTAINMET, LLC; GAWKER TECHNOLOGY, LLC; GAWKER SALES, LLC; NICK DENTON; A.J. DAULERIO; KATE BENNERT AND BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT,

    Defendants.
_____/

Case No.: 12012447-CI-011

## DEFENDANT GAWKER MEDIA, LLC'S
## NOTICE TO STATE COURT OF REMOVAL OF ACTION

    Please take notice that Defendant Gawker Media LLC ("Gawker") has filed in the United States District Court for the Middle District of Florida, Tampa Division, a Notice of Removal regarding this action. A true and correct copy of the Notice of Removal, without the attachments, is attached hereto. Pursuant to 28 U.S.C. § 1446(d), this action shall proceed no further unless and until this cause is remanded.

1

Respectfully submitted,

THOMAS & LOCICERO PL

By: _____
Gregg D. Thomas
Florida Bar No.: 223913
Rachel E. Fugate
Florida Bar No.: 0144029
601 S. Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Counsel for Defendant Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January 2013, I caused a true and correct copy of the foregoing to be served by mail and email upon the following counsel of record:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder, Esq.
charder@HMAfirm.com
Harder Mirell & Abrams LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Tel: (424) 203-1600
Fax: (424) 203-1601

*Attorneys for Plaintiff*

Barry A. Cohen, Esq.
bcohen@tampalawfirm.com
Michael W. Gaines
mgaines@tampalawfirm.com
D. Keith Thomas
dkthomas@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Attorneys for Defendant Heather Clem*

_____
Attorney