UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

      Plaintiff,

vs.    Case No. _____

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMET,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

      Defendants.

_____/

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.04(d), undersigned counsel for defendant Gawker Media, LLC ("Gawker") hereby notifies the Court that this action ("*Bollea II*"), which was removed by Gawker on this day, January 2, 2013, is related to the case *Bollea v. Gawker Media, LLC, et al.*, Case No.: 8:12-cv-02348-JDW-TBM (M.D. Fla.) ("*Bollea I*"). *Bollea I* had been pending before Judge Whittemore, who had made a number of substantive rulings in the case.

Plaintiff voluntarily dismissed *Bollea I* on December 28, 2012, and then filed an amended complaint in the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida, adding the ten defendants named in *Bollea I* and asserting claims against those defendants that are nearly identical to those asserted in *Bollea I*. Gawker has now removed that state court action to this Court as *Bollea II*.

1

Because *Bollea I* was "terminated . . . and refiled without substantial change in issues or parties," Gawker respectfully requests that it be assigned to Judge Whittemore, "the judge to whom the original case was assigned," as required by Local Rule 1.04(a).

Respectfully submitted,

THOMAS & LOCICERO PL

By: /s/ Rachel Fugate
Gregg D. Thomas
Florida Bar No.: 223913
Rachel E. Fugate
Florida Bar No.: 0144029
601 S. Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

Of Counsel:
Seth D. Berlin (*pro hac vice* application forthcoming)
Paul J. Safier (*pro hac vice* application forthcoming)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
psafier@lskslaw.com

Cameron A. Stracher
Gawker Media
210 Elizabeth Street, 4th Floor
New York, NY 10012
Telephone: (212) 743-6513
cameron@gawker.com

*Counsel for Defendant Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January 2013, I caused a true and correct copy of the foregoing to be served by mail and email upon the following counsel of record:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder, Esq.
charder@HMAfirm.com
Harder Mirell & Abrams LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Tel: (424) 203-1600
Fax: (424) 203-1601

*Attorneys for Plaintiff*


Barry A. Cohen, Esq.
bcohen@tampalawfirm.com
Michael W. Gaines
mgaines@tampalawfirm.com
D. Keith Thomas
dkthomas@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Attorneys for Defendant Heather Clem*

_____
Attorney