# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TERRY GENE BOLLEA, professionally
known as Hulk Hogan,

    Plaintiff,

v.                                                   CASE NO: 8:13-cv-1-T-26AEP

HEATHER CLEM a/k/a Heather Cole and
BUBBA THE LOVE SPONGE CLEM a/k/a
Todd Alan Clem,

    Defendants.
_____/

## O R D E R

    Pending before the Court is Defendant Heather Cole's motion to dismiss Plaintiff's initial complaint filed in state court on November 28, 2012, prior to the removal of this case to this Court. The state court record reflects, however, that Plaintiff filed a first amended complaint on December 28, 2012, thus mooting the pending motion to dismiss. Accordingly, the Motion to Dismiss (Dkt. 2) is denied without prejudice as moot.

    **DONE AND ORDERED** at Tampa, Florida, on January 4, 2013.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record