UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

    Plaintiff,

vs.

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMET,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

    Defendants.
_____/

Case No. 8:13-cv-0001-T-26AEP

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Gawker Media, LLC hereby discloses the following pursuant to this Court's interested persons order:

1)     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. Bajo Cuva Cohen & Turkel PA

    b. Kate Bennert

    c. Seth D. Berlin, Esq.

    d. Blogwire Hungary Szellemi Alkotast Hasznosito KFT

1

a. Terry Gene Bollea aka Hulk Hogan

b. Heather Clem

c. Barry A. Cohen, Esq.

d. Barry A. Cohen Law Group

e. A.J. Daulerio

f. Nick Denton

g. Rachel E. Fugate, Esq.

h. Michael W. Gaines, Esq.

i. Gawker Media, LLC

j. Gawker Entertainment, LLC

k. Gawker Media Group, Inc.

l. Gawker Sales, LLC

m. Gawker Technology, LLC

n. Charles J. Harder, Esq.

o. Harder Mirell & Abrams LLP

p. Levine Sullivan Koch & Schulz, LLP

q. Christina K. Ramirez, Esq.

r. Paul J. Safier, Esq.

s. D. Keith Thomas, Esq.

t. Gregg D. Thomas, Esq.

u. Thomas & LoCicero PL

v. Kenneth G. Turkel, Esq.

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3) the name of every other entity likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None known at this time.

4) the name of each victim (individual and corporate), of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Plaintiff, Terry Gene Bollea, alleges he is a victim of wrongful conduct.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

January 4, 2013

                 Respectfully submitted,

                 THOMAS & LOCICERO PL

                 By: /s/ Gregg D. Thomas
                   Gregg D. Thomas
                   Florida Bar No.: 223913
                   Rachel E. Fugate
                   Florida Bar No.: 0144029
                 601 S. Boulevard
                 P.O. Box 2602 (33601)
                 Tampa, FL 33606
                 Telephone: (813) 984-3060
                 Facsimile: (813) 984-3070
                 gthomas@tlolawfirm.com
                 rfugate@tlolawfirm.com

Of Counsel:
Seth D. Berlin (*pro hac vice* application pending)
Paul J. Safier (*pro hac vice* application pending)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
psafier@lskslaw.com

                 *Counsel for Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2013, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

*Counsel for Plaintiff*

Barry A. Cohen, Esq.
bcohen@tampalawfirm.com
D. Keith Thomas
dkthomas@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Counsel for Defendant Heather Clem*

and served by mail and email on:

Charles J. Harder, Esq.
charder@HMAfirm.com
Harder Mirell & Abrams LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Tel: (424) 203-1600
Fax: (424) 203-1601

*Co-Counsel for Plaintiff*

Michael W. Gaines
mgaines@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Co-Counsel for Defendant Heather Clem*

/s/ Gregg D. Thomas
Attorney