UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.:  8:13-cv-0001-T-26AEP

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMET,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

   Defendants.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION TO APPEAR
<u>PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

    Pursuant to Local Rule 2.02, this motion is being presented on behalf of Paul J. Safier, Esquire, who moves for special admission pro hac vice to appear in this case as counsel for defendant Gawker Media, LLC (and, if they are ultimately served, to specially appear on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, Nick Denton, A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT in a manner that reserves all possible defenses, including without limitation jurisdictional defenses).  In support of this motion, Mr. Safier states the following:

    1.    Mr. Safier resides in Philadelphia, Pennsylvania, practices in Philadelphia,

1

Pennsylvania, and is a member in good standing of the State Bar of Pennsylvania (Bar No. 209154).

2.   Mr. Safier is also a member in good standing and admitted to practice in the United States Court of Appeals for the Third and Eleventh Circuits and the United States District Court for the Eastern District of Pennsylvania.

3.   Gregg D. Thomas and Rachel Fugate of Thomas & LoCicero PL are members in good standing and admitted to practice in this court.

4.   Mr. Thomas and Ms. Fugate consent to act and accept designation as local counsel for Defendant.

5.   Accordingly, service of all required notices and papers may be provided to and served upon Defendant at the following address:

> Gregg D. Thomas
> Rachel Fugate
> Thomas & LoCicero PL
> 601 South Boulevard, Suite 100
> Tampa, FL 33606
> (813) 984-3060 Business Phone
> (813) 984-3070 Business Fax
> gthomas@tlolawfirm.com
> rfugate@tlolawfirm.com

6.   Mr. Safier previously requested special admission before this court in 2012 in the related case of *Bollea v. Gawker Media, LLC, et al.*, Case No.: 8:12-cv-02348-JDW-TBM (M.D. Fla.), which plaintiff voluntarily dismissed before bringing this action, which was removed from state court.  Accordingly, he has not abused this privilege under the rules.

7.   Mr. Safier will comply with the email registration requirements of this Court.

8.   Mr. Safier will comply with the fee requirements of Rule 2.01(d) when applicable.

9.   Defendant has conferred with counsel for Plaintiff and counsel for Defendant Clem,

both of whom have no objection to Mr. Safier's admission.

    10.   Mr. Safier has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $10.00 fee to the clerk and has paid the fee for special admission.

    WHEREFORE, Paul J. Safier respectfully requests entry of an order granting his request to appear pro hac vice on behalf of the defendant Gawker Media, LLC in this case (and, if they are ultimately served, to specially appear pro hac vice on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, Nick Denton and A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT) and all other relief the Court finds is just and proper.

January 4, 2013                                  Respectfully submitted,

                                                               THOMAS & LOCICERO PL

                                                               /s/ Gregg D. Thomas
                                                              Gregg D. Thomas
                                                                 Florida Bar No. 223913
                                                              Rachel Fugate
                                                               Florida Bar No. 0144029
                                                            400 N. Ashley Drive, Suite 1100
                                                            Tampa, FL  33602
                                                           Tel: (813) 984-3060
                                                           Fax: (813) 984-3070
                                                           gthomas@tlolawfirm.com
                                                           rfugate@tlolawfirm.com

<u>Of Counsel</u>:

Seth D. Berlin (*pro hac vice* motion pending)
Paul J. Safier (*pro hac vice* motion pending)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
psafier@lskslaw.com

           *Counsel for Defendant Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2013, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

Kenneth G. Turkel, Esq.
kturkel@BajoCuva.com
Christina K. Ramirez, Esq.
cramirez@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

*Counsel for Plaintiff*

Barry A. Cohen, Esq.
bcohen@tampalawfirm.com
D. Keith Thomas
dkthomas@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Counsel for Defendant Heather Clem*

and served by mail and email on:

Charles J. Harder, Esq.
charder@HMAfirm.com
Harder Mirell & Abrams LLP
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067
Tel: (424) 203-1600
Fax: (424) 203-1601

*Co-Counsel for Plaintiff*

Michael W. Gaines
mgaines@tampalawfirm.com
Barry A. Cohen Law Group
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Tel: (813) 225-1655
Fax: (813) 225-1921

*Co-Counsel for Defendant Heather Clem*

/s/ Gregg D. Thomas
Attorney