UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN

   Plaintiff,

vs.

Case No.:  8:13-cv-0001-T-26AEP

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMET,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

   Defendants.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION TO APPEAR
<u>PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

     Pursuant to Local Rule 2.02, this motion is being presented on behalf of Seth D. Berlin, Esquire, who moves for special admission pro hac vice to appear in this case as counsel for defendant Gawker Media, LLC (and, if they are ultimately served, to specially appear on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, Nick Denton, A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT in a manner that reserves all possible defenses, including without limitation jurisdictional defenses).  In support of this motion, Mr. Berlin states the following:

     1.    Mr. Berlin resides in Chevy Chase, Maryland, practices in Washington, DC, and is a

1

member in good standing of the State Bars of Maryland, District of Columbia (Bar No. 433611) and New York (Bar No. 3987062).

2. Mr. Berlin is also a member in good standing and admitted to practice in the Supreme Court of the United States, the United States Courts of Appeals for the Fourth, Ninth, Eleventh and District of Columbia Circuits, the United States Court of Appeals for the Armed Forces, and the United States District Courts for the District of Columbia, the District of Maryland, and the Eastern and Southern District of New York.

3. Gregg D. Thomas and Rachel Fugate of Thomas & LoCicero PL are members in good standing and admitted to practice in this court.

4. Mr. Thomas and Ms. Fugate consent to act and accept designation as local counsel for Defendant.

5. Accordingly, service of all required notices and papers may be provided to and served upon Defendant at the following address:

   Gregg D. Thomas
   Rachel Fugate
   Thomas & LoCicero PL
   601 South Boulevard
   Tampa, FL 33606
   (813) 984-3060 Business Phone
   (813) 984-3070 Business Fax
   gthomas@tlolawfirm.com
   rfugate@tlolawfirm.com

6. Mr. Berlin previously requested special admission before this court in 2012 in the related case of *Bollea v. Gawker Media, LLC, et al.*, Case No.: 8:12-cv-02348-JDW-TBM (M.D. Fla.), which plaintiff voluntarily dismissed before bringing this action, which was removed from state court.  In addition, Mr. Berlin believes that he once previously requested special admission before this court in 2002, which would be the only other time in which he has done so.

Accordingly, he has not abused this privilege under the rules.

7. Mr. Berlin will comply with the email registration requirements of this Court.

8. Mr. Berlin will comply with the fee requirements of Rule 2.01(d) when applicable.

9. Defendant has conferred with counsel for Plaintiff and counsel for Defendant Clem, both of whom have no objection to Mr. Berlin's admission.

10. Mr. Berlin has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $10.00 fee to the clerk and has paid the fee for special admission.

WHEREFORE, Seth D. Berlin respectfully requests entry of an order granting his request to appear pro hac vice on behalf of the defendant Gawker Media, LLC in this case (and, if they are ultimately served, to specially appear pro hac vice on behalf of defendants Gawker Media Group, Inc., Gawker Entertainment, LLC, Gawker Technology, LLC, Gawker Sales, LLC, Nick Denton and A.J. Daulerio, Kate Bennert and Blogwire Hungary Szellemi Alkotast Hasznosito KFT) and all other relief the Court finds is just and proper.

January 4, 2013                          Respectfully submitted,

                                         THOMAS & LOCICERO PL

                                         /s/ Gregg D. Thomas
                                         Gregg D. Thomas
                                          Florida Bar No. 223913
                                         Rachel Fugate
                                          Florida Bar No. 0144029
                                         400 N. Ashley Drive, Suite 1100
                                         Tampa, FL  33602
                                         Tel: (813) 984-3060
                                         Fax: (813) 984-3070
                                         gthomas@tlolawfirm.com
                                         rfugate@tlolawfirm.com

Of Counsel:

Seth D. Berlin (*pro hac vice* motion pending)
Paul J. Safier (*pro hac vice* motion pending)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
psafier@lskslaw.com

*Counsel for Defendant Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2013, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

| | |
|---|---|
| Kenneth G. Turkel, Esq.<br>kturkel@BajoCuva.com<br>Christina K. Ramirez, Esq.<br>cramirez@BajoCuva.com<br>Bajo Cuva Cohen & Turkel, P.A.<br>100 N. Tampa Street, Suite 1900<br>Tampa, FL 33602<br>Tel: (813) 443-2199<br>Fax: (813) 443-2193<br><br>*Counsel for Plaintiff* | Barry A. Cohen, Esq.<br>bcohen@tampalawfirm.com<br>D. Keith Thomas<br>dkthomas@tampalawfirm.com<br>Barry A. Cohen Law Group<br>201 East Kennedy Boulevard, Suite 1000<br>Tampa, FL 33602<br>Tel: (813) 225-1655<br>Fax: (813) 225-1921<br><br>*Counsel for Defendant Heather Clem* |

and served by mail and email on:

| | |
|---|---|
| Charles J. Harder, Esq.<br>charder@HMAfirm.com<br>Harder Mirell & Abrams LLP<br>1801 Avenue of the Stars, Suite 1120<br>Los Angeles, CA 90067<br>Tel: (424) 203-1600<br>Fax: (424) 203-1601<br><br>*Co-Counsel for Plaintiff* | Michael W. Gaines<br>mgaines@tampalawfirm.com<br>Barry A. Cohen Law Group<br>201 East Kennedy Boulevard, Suite 1000<br>Tampa, FL 33602<br>Tel: (813) 225-1655<br>Fax: (813) 225-1921<br><br>*Co-Counsel for Defendant Heather Clem* |

/s/ Gregg D. Thomas
Attorney