UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA, a/k/a
Hulk Hogan,

    Plaintiff,

v.                                    Case No: 8:13-cv-1-T-26AEP

HEATHER CLEM a/k/a Heather Cole and
BUBBA THE LOVE SPONGE CLEM a/k/a
Todd Alan Clem,

    Defendants.
_____/

## O R D E R

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable James D. Whittemore, with his knowledge and consent, for all further proceedings pursuant to Local Rule 1.04(a).

**DONE AND ORDERED** in Tampa, Florida, on January 11, 2013.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
The Hon. James D. Whittemore
Counsel of Record