UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TERRY GENE BOLLEA, professionally known as HULK HOGAN,**

        Plaintiff,

vs.                              Case No.: 8:13-CV-1-T-27AEP

**HEATHER CLEM; GAWKER MEDIA, LLC.; et al.,**

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant Gawker Media LLC's Motions to Appear *Pro Hac Vice* on behalf of Paul J. Safier, Esq. and Seth D. Berlin, Esq. (Dkts. 12, 13). Upon consideration, it is **ORDERED**:

1. Defendant Gawker Media LLC's Motions to Appear *Pro Hac Vice* on behalf of Paul J. Safier, Esq. and Seth D. Berlin, Esq. (Dkts. 12, 13) are **GRANTED**.[1]

2. Gregg Thomas, Esq. is designated as local counsel pursuant to Local Rule 2.02(a)(1).

**DONE AND ORDERED** in chambers this 14th day of January, 2013.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record

---

[1] Counsel are notified that pursuant to the USDC - Middle District of Florida's Administrative Procedures for Electronic Filing in Civil and Criminal Cases, Section I(A) "... all documents filed in Civil and Criminal cases in this District ... shall be filed electronically." Therefore, the attorney(s) being admitted *pro hac vice* is/are directed to sign up for CM/ECF, enter an email address in their CM/ECF account and electronically file a notice of compliance with this Court's Order within thirty (30) days. Failure to comply with this Order as directed will result in counsel being terminated from the docket sheet without further notice.