UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

   Plaintiff,

vs.

                                                  Case No.: 8:13-CV-00001-JDW-AEP

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA; GAWKER
MEDIA GROUP, INC. aka GAWKER
MEDIA; GAWKER ENTERTAINMENT,
LLC; GAWKER TECHNOLOGY, LLC;
GAWKER SALES, LLC; NICK DENTON;
A.J. DAULERIO; KATE BENNERT AND
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT,

   Defendants.
_____/

**NOTICE OF COMPLIANCE WITH JANUARY 15, 2013**
<u>**ORDER REGARDING CM/ECF REGISTRATION**</u>

Pursuant to this Court's Order dated January 15, 2013 (Dkt. 16) admitting Seth D. Berlin and Paul J. Safier *pro hac vice* (the "Pro Hac Vice Order"), they respectfully file this Notice of Compliance and state as follows: they each previously registered for a CM/ECF account with this Court in connection with the action captioned *Bollea v. Gawker Media, LLC, et al.*, No. 8:12-cv-02348-JDW-TBM (M.D. Fla.) and have been informed by the Clerk's office that the usernames and passwords issued in connection with that earlier action, including the undersigned's email addresses, are now effective in this action following the entry of the Court's Pro Hac Vice Order.

January 15, 2013							Respectfully submitted,


							/s/ Seth D. Berlin
							Seth D. Berlin (admitted *pro hac vice*)
							sberlin@lskslaw.com
							Paul J. Safier (admitted *pro hac vice*)
							psafier@lskslaw.com
							LEVINE SULLIVAN KOCH & SCHULZ, LLP
							1899 L Street, NW, Suite 200
							Washington, DC 20036
							Tel: (202) 508-1100
							Fax: (202) 861-9888

							*Attorneys for Gawker Media, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January 2013, a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF to:

| | |
|---|---|
| Kenneth G. Turkel, Esq.<br>kturkel@BajoCuva.com<br>Christina K. Ramirez, Esq.<br>cramirez@BajoCuva.com<br>Bajo Cuva Cohen & Turkel, P.A.<br>100 N. Tampa Street, Suite 1900<br>Tampa, FL 33602<br>Tel: (813) 443-2199<br>Fax: (813) 443-2193<br><br>*Counsel for Plaintiff* | Barry A. Cohen, Esq.<br>bcohen@tampalawfirm.com<br>D. Keith Thomas<br>dkthomas@tampalawfirm.com<br>Barry A. Cohen Law Group<br>201 East Kennedy Boulevard, Suite 1000<br>Tampa, FL 33602<br>Tel: (813) 225-1655<br>Fax: (813) 225-1921<br><br>*Counsel for Defendant Heather Clem* |

and served by mail and email on:

| | |
|---|---|
| Charles J. Harder, Esq.<br>charder@HMAfirm.com<br>Harder Mirell & Abrams LLP<br>1801 Avenue of the Stars, Suite 1120<br>Los Angeles, CA 90067<br>Tel: (424) 203-1600<br>Fax: (424) 203-1601<br><br>*Co-Counsel for Plaintiff* | Michael W. Gaines<br>mgaines@tampalawfirm.com<br>Barry A. Cohen Law Group<br>201 East Kennedy Boulevard, Suite 1000<br>Tampa, FL 33602<br>Tel: (813) 225-1655<br>Fax: (813) 225-1921<br><br>*Co-Counsel for Defendant Heather Clem* |

/s/ Seth D. Berlin
Attorney