# RETURN OF SERVICE

**State of Florida**  **County of Pinellas**  **Circuit Court**

Case Number: 12-012447 CI-011


SKP2012003772

Plaintiff:
**Terry Gene Bollea, etc.**

vs.

Defendant:
**Heather Clem, et al**

For:
Bajo Cuva Cohen & Turkel P.A.
100 North Tampa Street
Suite 1900
Tampa, FL 33602

Received by Serve Legal Process, Inc on the 6th day of November, 2012 at 8:10 am to be served on **Heather Clem aka Heather Cole, 10263 Gandy Blvd. North, Apt. 104, St. Petersburg, FL 33702**.

I, Israel Evans, do hereby affirm that on the **8th day of November, 2012 at 11:47 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Complaint And Demand For Jury Trial** with the date and hour of service endorsed thereon by me, to: **Heather Clem aka Heather Cole** at the address of: **1327 Puerto Drive, Apollo Beach, FL 33572**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PRUSUANT TO F.S. 92.525(2).

**Israel Evans**
CPS 07656387

**Serve Legal Process, Inc**
309 S. Willow Ave.
Suite 2
Tampa, FL 33606
(813) 254-8762
Our Job Serial Number: SKP-2012003772
Ref: 1220.01

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4m