# EXHIBIT A

Defendant Gawker Media, LLC's Opposition
to Plaintiff's Motion for Remand

# CASE SUMMARY
### CASE NO. 12-012447-CI

**TERRY GENE BOLLEA Vs. HEATHER CLEM, et al**

| | |
|---|---|
| Case Type: | **NEGLIGENCE - CIRCUIT** |
| Date Filed: | **10/15/2012** |
| Location: | **Section 11** |
| Judicial Officer: | **CAMPBELL, PAMELA A.M.** |
| UNIFORM CASE NUMBER: | **522012CA012447XXCICI** |

## PARTY INFORMATION

**Attorneys**

**CLOSED DEFENDANT - AMENDED**   BUBBA THE LOVE SPONGE CLEM  *ALSO KNOWN AS*  CLEM, TODD ALAN

**CLOSED DEFENDANT - AMENDED**   CLEM, HEATHER  *ALSO KNOWN AS*  COLE, HEATHER

BARRY A COHEN
*Retained*
201 EAST KENNEDY BOULEVARD
SUITE 1000
TAMPA, FL 33602

813-225-1655(W)

**DEFENDANT**   BENNERT, KATE

**DEFENDANT**   BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT  *ALSO KNOWN AS*  GAWKER MEDIA

**DEFENDANT**   CLEM, HEATHER

**DEFENDANT**   DAULERIO, A J

**DEFENDANT**   DENTON, NICK

**DEFENDANT**   GAWKER ENTERTAINMENT LLC

**DEFENDANT**   GAWKER MEDIA GROUP INC  *ALSO KNOWN AS*  GAWKER MEDIA

**DEFENDANT**   GAWKER MEDIA LLC  *ALSO KNOWN AS*  GAWKER MEDIA

**DEFENDANT**   GAWKER SALES LLC

**DEFENDANT**   GAWKER TECHNOLOGY LLC

**PLAINTIFF**   BOLLEA, TERRY GENE  *ALSO KNOWN AS*  HOGAN, HULK

FREDERICK MCCLURE
*Retained*
100 NORTH TAMPA STREET
SUITE 2200
TAMPA, FL 33602

813-222-5904(H)

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

01/02/2013 **NOTICE**
  *OF STATE COURT OF REMOVAL OF ACTION*
12/28/2012 **AMENDED COMPLAINT**
  *AND*

| Date | Event | |
|---|---|---|
| 12/28/2012 | **DEMAND FOR JURY TRIAL** | |
| 11/28/2012 | **DEF/RESP'S MOTION TO DISMISS** | |
| | *FAIL TO STATE CAUSE OF ACTION* | |
| 10/31/2012 | **SUMMONS TO PROCESS SERVER - PICK UP** | |
| | *INVEX* | |
| | Party: BUBBA THE LOVE SPONGE CLEM | |
| | Party: CLEM, HEATHER | |
| 10/31/2012 | **REQUEST** | |
| | *FOR INITIAL SUMMONS (2)* | |
| 10/31/2012 | **REQUEST FOR SUMMONS** | |
| | *PROCESS COMPLETE* | |
| 10/15/2012 | **CASE FILED** | |
| | Party: BUBBA THE LOVE SPONGE CLEM | |
| | Party: CLEM, HEATHER | |
| 10/15/2012 | **COMPLAINT** | |
| 10/15/2012 | **CIVIL COVER SHEET** | |
| 10/15/2012 | **DEMAND FOR JURY TRIAL** | |

## FINANCIAL INFORMATION

**PLAINTIFF** BOLLEA, TERRY GENE
Total Financial Assessment                                    504.00
Total Payments and Credits                                    504.00
**Balance Due as of 02/08/2013**                              **0.00**