# EXHIBIT C

Defendant Gawker Media, LLC's Opposition
to Plaintiff's Motion for Remand

# Paul Safier

| | |
|---|---|
| **From:** | Laura Heckman <laura.heckman@bajocuva.com> |
| **Sent:** | Saturday, December 29, 2012 12:23 AM |
| **To:** | 'bcohen@tampalawfirm.com'; 'charder@wrslawyers.com'; Seth Berlin; 'gthomas@tlolawfirm.com' |
| **Cc:** | Ken Turkel; Christina K. Ramirez |
| **Subject:** | SERVICE OF COURT DOCUMENTS - 12012447-CI-011 |
| **Attachments:** | PLD - First Amended Complaint and Demand for Jury Trial (00026215).PDF |

**Service of Court Document E-Mail:**

**Court:**   Circuit Court – Pinellas County

**Case Number:**   12012447-CI-011

**Case Style:**   Bollea v. Clem, Gawker, et al.

**Document Served:** First Amended Complaint and Demand for Jury Trial

Bajo|Cuva|Cohen|Turkel
ATTORNEYS AT LAW

Laura Heckman
Legal Assistant to V. Stephen Cohen,
Christina Ramirez and Anthony Severino
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
813.868.6169  (direct)
813.443.2199  (office)
813.443.2193  (fax)
Email: lheckman@bajocuva.com

The information contained in this message is attorney privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication or any of the information in it is strictly prohibited. If you have received this communication in error, please advise the sender by reply e-mail and then delete the message.